153 A.3d 241

IN THE MATTER OF AZAR ABASI MENHAJI, AN ATTORNEY AT LAW (ATTORNEY NO. 031581996)

February 08, 2017

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–057, concluding that the formal ethics complaint filed against **AZAR ABASI MENHAJI** of **PATERSON**, who was admitted to the bar of this State in 1997, should be

dismissed for lack of clear and convincing evidence of unethical conduct, and good cause appearing;

It is ORDERED that the formal complaint against **AZAR ABASI MENHAJI** in District Docket No. XI–2012–0015E is hereby dismissed.